**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 165 MM 2018
:
Respondent : 
:
:
:
v. :
:
:
:
CRAIG EUGENE MOSS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2018, the Application for Leave to File Original Process is GRANTED, and the "Assumption of Jurisdiction" is DENIED.